In the Matter of the CITY OF NEW YORK, Relative to Acquiring Title to Real Property Required for the Brooklyn-Battery Tunnel Plaza from Van Brunt to Hicks Streets, for Streets Adjacent Thereto, and for Additional Lands in the Borough of Brooklyn.

In the Matter of FAR EASTERN MANUFACTURING Co., INC., Appellant; CITY OF NEW YORK, Respondent.

Application by appellant in the second above-entitled proceeding for an order enjoining the City of New York, or any agency or authority acting in its behalf, from removing appellant from commercial space occupied by it, located at 9–15 Richards Street, Borough of Brooklyn, City of New York, during the period of emergency proclaimed by chapter 3 of the Laws of 1945 as now or hereafter extended.

Order denying appellant's motion for an injunction and for other relief, unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Lewis, P. J., Hagarty, Johnston, Adel and Nolan, JJ. [186 Misc. 603.]

In the Matter of the Application of CORK FOUNDATION CO., INC., Appellant, for an Order Staying Arbitration Proceedings by LOCAL No. 1227 OF THE UNITED ELECTRICAL, RADIO AND MACHINE WORKERS OF AMERICA, Respondent.— Resettled order denying appellant's motion, under section 1458 of the Civil Practice Act, to stay an arbitration, provision for which is contained in a contract between an employer and a labor union, and notice of which has been given by the respondent, affirmed, with $10 costs and disbursements. No opinion. Lewis, P. J., Carswell, Adel and Nolan, JJ., concur; Aldrich, J., dissents and votes to reverse the order and to grant the motion on the ground that the alleged dispute was a matter for negotiation and not for arbitration.

In the Matter of the Accounting of LYDIA E. GODFREY et al., as Executrices of JOSEPH D. GODFREY, Deceased, Respondents. LYDIA E. GODFREY et al., Individually, Appellants; DOROTHY B. GODFREY, Respondent.— Decree of Surrogate's Court of Suffolk County on the final accounting of the executrices, insofar as it is the subject of appeal by Lydia E. Godfrey and Bertha A. Godfrey, as individuals, unanimously affirmed, without costs. No opinion. Present — Hagarty, Acting P. J., Carswell, Johnston, Aldrich and Nolan, JJ.

In the Matter of MAE E. JONES et al., Respondents, against JOSEPH SCHNEER, Appellant.— In a summary proceeding to recover possession of real property, the final order of the County Court, Westchester County, made after trial, grants judgment to the landlords for $1,660 for unpaid rent; awards possession of the real property to the landlords; and stays issuance of a warrant of possession on condition that the tenant pay the arrears in stated installments. Order unanimously affirmed, with costs. No opinion. Present — Lewis, P. J., Carswell, Johnston, Adel and Aldrich, JJ.